08-CR-05860-INFO

FILED LODGED RECEIVED

DEC 12 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JAMES FLEMING, JR., Defendant. | Case No. CR08-5860 INFORMATION (Misdemeanor) |

The United States Attorney charges that:

COUNT I

On or about September 12, 2008, at Fort Lewis, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, JAMES FLEMING, JR. did take and carry away with intent to steal and purloin, property of the United States, of a value not in excess of One Thousand Dollars ($1,000.00).

All in violation of Title 18, United States Code, Sections 7 and 641.

COUNT II

On or about September 12, 2008, at Fort Lewis, within the Western District Washington, and within the special maritime and territorial jurisdiction of the United States,

//

//



Special Assistant United States Attorney
Office of the Staff Judge Advocate
PO Box 339500 MS 69
Fort Lewis, Washington 98433-0695
(253) 967-0711 – (253) 967-0140 Fax
lewissausa@conus.army.mil

JAMES FLEMING, JR. did go upon a military reservation for a purpose prohibited by law or lawful regulation by entering without a pass or permit.

All in violation of Title 18, United States Code, Sections 7 and 1382.

DATED this 11th day of December, 2008.

JEFFREY C. SULLIVAN
United States Attorney

ERIC J. KASIK
Special Assistant United States Attorney



Special Assistant United States Attorney
Office of the Staff Judge Advocate
PO Box 339500 MS 69
Fort Lewis, Washington 98433-0695
(253) 967-0711 – (253) 967-0140 Fax
lewissausa@conus.army.mil